NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000152
21-MAY-2018
09:51 AM**

NO. CAAP-17-0000152

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILMINGTON TRUST, NATIONAL ASSOCIATION AS SUCCESSOR
TRUSTEE TO CITIBANK, N.A., as TRUSTEE FOR
THE HOLDERS OF THE LEHMAN MORTGAGE TRUST,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3,
Plaintiff-Appellee,
vs.
MANUEL A. SANCHEZ, Defendant-Appellant,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
as NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.,
ASSOCIATION OF OWNERS OF KALELE KAI CONDOMINIUM PROJECT,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; DOE GOVERNMENTAL UNITS 1-20,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1390)

ORDER GRANTING THE APRIL 13, 2018
MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Motion to Dismiss Appeal,
filed by Defendant-Appellant Manuel A. Sanchez, on April 13,
2018, the papers in support, and the record, and noting no
opposition,

IT IS HEREBY ORDERED that the motion is granted, and the appeal in Case No. CAAP-17-0000152 is dismissed.  The parties shall bear their own respective attorney's fees and costs related to this appeal.

DATED: Honolulu, Hawaiʻi, May 21, 2018.


Chief Judge


Associate Judge


Associate Judge